**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

CLARENCE DOSTER,

      Plaintiff,

v.                                         CIVIL NO. 05-72716
                                             HON. LAWRENCE P. ZATKOFF

FRANCIS J. HARVEY,
SECRETARY OF THE ARMY,

      Defendant.

_____/

**JUDGMENT**

IT IS ORDERED AND ADJUDGED that pursuant to the Court's Opinion and Order dated December 8, 2005 Plaintiff's action is DISMISSED WITH PREJUDICE.

Dated at Detroit, Michigan, this  8th  day of  December, 2005.

                                                     DAVID J. WEAVER
                                                     CLERK OF THE COURT

                              BY:  s/Marie E. Verlinde

APPROVED:


 s/Lawrence P. Zatkoff
LAWRENCE P. ZATKOFF
UNITED STATES DISTRICT JUDGE